FILED: September 2, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 14-1759

(9:14-cv-01877-SB)

_____

DEL WEBB COMMUNITIES INC; PULTEGROUP, INC

  Plaintiffs - Appellees

v.

ROGER F. CARLSON; MARY JO CARLSON

  Defendants - Appellants

_____

O R D E R

_____

  The court grants the motion to suspend briefing pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk